HARTFORD ELECTRIC LIGHT COMPANY *v.* STANLEY
V. TUCKER

*Stanley V. Tucker,* pro se, in support of the petition.

*John C. Bullock,* in opposition.

Submitted October 30—decided November 30, 1978

KENNETH C. BURKAMP *v.* MIDDLESEX MEMORIAL
HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*John R. Graham, Jr.,* in support of the petition.
*James A. Kane,* in opposition.

Submitted November 6—decided November 30, 1978

STATE OF CONNECTICUT *v.* FORREST P. WILEY

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Forrest P. Wiley,* pro se, in support of the petition.

Submitted November 15—decided November 30, 1978